# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X

ROSEMARIE CORREA,

               Plaintiff,

-v-

COMMISSIONER OF SOCIAL SECURITY,
               Defendant.

------------------------------------------------------------X

19 **CIVIL** 8244 (ER) (KHP)

## JUDGMENT

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #
DATE FILED: 1/17/2020

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated January 17, 2020, that the decision of the Commissioner of Social Security be, and hereby is, reversed and that this action be, and hereby is, remanded to the Commissioner of Social Security, pursuant to sentence four of 42 U.S.C. § 405(g), for further administrative proceedings, including offering Plaintiff the opportunity for a new hearing and de novo decision in accordance with the Commissioner's rules and regulations.

**Dated:** New York, New York
       January 17, 2020

**RUBY J. KRAJICK**

**Clerk of Court**

BY:

**Deputy Clerk**

THIS DOCUMENT WAS ENTERED
ON THE DOCKET ON 1/17/2020